UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.202.136,<br><br>    Defendant. | Case No. 21-cv-06214-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 11 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 7, 2021

WILLIAM H. ORRICK
United States District Judge